United States District Court
Southern District of Texas
ENTERED

JUN 2 9 2009

By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNION PACIFIC RAILROAD CO., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Case Number: 09- <br><br> COMPLAINT FOR CIVIL MONETARY PENALTIES; AND DEMAND FOR JURY TRIAL |

### ORDER GRANTING MOTION TO CONTINUE AND MOTION TO EXTEND SERVICE DEADLINE

Today, this Court considered the "United States of America's Motion to Continue July 1, 2009 Initial Pretrial Conference and Motion to Extend Service of Complaint Deadline Under Rule 4(m) of the FRCP". Having noted that this matter is unopposed and that good cause has been shown for supporting this motion, this Court finds that the Motion has been filed in good faith and the interests of justice would be best served by granting this motion.

Therefore, the Court hereby GRANTS the "United States of America's Motion to Continue July 1, 2009 Initial Pretrial Conference and Motion to Extend Service of Complaint Deadline Under Rule 4(m) of the FRCP".

The Initial Pretrial Conference herein is hereby CONTINUED and a new Order setting a new date for this Initial Pretrial Conference will issue shortly. Plaintiff will be allowed an additional ninety days to perfect service in this matter.

Signed: Jun 29, 2009

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
Brownsville Division