Case 1:09-cv-00071 Document 8 Filed in TXSD on 10/24/09 Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2009

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNION PACIFIC RAILROAD CO., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Case Number: 09-071 <br><br> COMPLAINT FOR CIVIL MONETARY PENALTIES; AND DEMAND FOR JURY TRIAL |

### ORDER GRANTING MOTION TO CONTINUE AND MOTION TO EXTEND SERVICE DEADLINE

Today, this Court considered the "United States of America's Second Motion to Continue Initial Pretrial Conference and Motion to Extend Service of Complaint Deadline Under Rule 4(m) of the FRCP". Having noted that this matter is unopposed and that good cause has been shown for supporting this motion, this Court finds that the Motion has been filed in good faith and the interests of justice would be best served by granting this motion.

Therefore, the Court hereby GRANTS the "United States of America's Second Motion to Continue Initial Pretrial Conference and Motion to Extend Service of Complaint Deadline Under Rule 4(m) of the FRCP".

The Initial Pretrial Conference herein is hereby CONTINUED and a new Order setting a new date for this Initial Pretrial Conference will issue shortly. Plaintiff will be allowed an additional sixty days to perfect service in this matter.

Signed: Oct. 24, 2009

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
Brownsville Division