UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN - 2 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Case Number: 09-071 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR CIVIL MONETARY |
| | ) | PENALTIES; AND DEMAND FOR |
| v. | ) | JURY TRIAL |
| | ) | |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### *ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR DATE CERTAIN TO PERFECT SERVICE AND ORDER SETTING CONFERENCE*

Today, this Court considered the "United States of America's Motion for Date Certain." In this motion, the United States represents that out of court negotiations with the Defendant have failed and that the United States desires a date certain to perfect service upon the Defendant so that litigation can proceed. Having considered the motion and the pleadings on file thus far, this Court finds good cause exists for granting the United States' request for a date certain to perfect service.

THEREFORE, IT IS ORDERED, that the United States perfect service upon the Defendant on or by June 30, 2010;

IT IS FURTHER ORDERED that an Initial Pretrial Conference be scheduled to take place on __August 4__, 2010, at __9:30__ am/~~pm~~ before this Court located on the third floor of the United States Courthouse at 600 East Harrison Street, Brownsville, Texas.

Signed: __June 1, 2010__

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
Brownsville Division