UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Civil Case Number: 09-071 |
| ) | | |
| Plaintiff, ) | | COMPLAINT FOR CIVIL MONETARY |
| ) | | PENALTIES; AND DEMAND FOR |
| v. ) | | JURY TRIAL |
| ) | | |
| ) | | |
| UNION PACIFIC RAILROAD CO., ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

### ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO MOTION TO DISMISS AND ORDER GRANTING MOTION TO CONTINUE AUGUST 4, 2010, INITIAL PRETRIAL CONFERENCE

Today, this Court considered the "UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO MOTION TO DISMISS AND MOTION TO CONTINUE AUGUST 4, 2010, INITIAL PRETRIAL CONFERENCE."

In this motion, the United States advises that as a result of circumstances out of counsel's control, the United States needs additional time to prepare and file its response to Defendant's motion to dismiss; in addition, the United States moves for a continuance of the August 4, 2010, hearing scheduled in this matter in order to allow both parties ample time to prepare any reply and/or oral argument that may be had in this matter. Having considered the motion and the pleadings on file, and noting that the motion is not opposed, this Court finds good cause exists for granting the United States' request for additional time to file its response to the Defendant's Motion to Dismiss (Document No. 17) and that good cause exists for granting the United States' motion to continue the August 4, 2010, hearing in this matter.

THEREFORE, IT IS ORDERED, that the United States be allowed until August 2, 2010, to file its response to the Defendant's Motion to Dismiss (Document No. 17);

IT IS FURTHER ORDERED that the August 4, 2010, Initial Pretrial Conference be continued and is hereby re-set to _September 15_, 2010, at _1:30_ am/pm before this Court located on the third floor of the United States Courthouse at 600 East Harrison Street, Brownsville, Texas.

Signed: _7/12/10_

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
Brownsville Division