United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2010

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-09-071 |
| | § | |
| UNION PACIFIC RAILROAD | § | JURY REQUESTED |

## ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO THE UNITED STATES OF AMERICA'S RESPONSE

Came on to be considered Defendant Union Pacific Railroad Company's Unopposed Motion for Extension of Time to File its Reply to the United States of America's Response to Defendant's Motion to Dismiss and, in the Alternative, Motion to Transfer Venue and, in the Alternative, Motion to Stay Action herein, and after considering said Motion, the Pleadings on file herein, and the non-opposition of the Plaintiff United States of America to this Motion, the Court finds good cause exists for the granting of this Motion. It is,

THEREFORE ORDERED, ADJUDGED, and DECREED that the current date of September 13, 2010 for Defendant to file a Reply to Plaintiff's Response is hereby extended, and Defendant Union Pacific Railroad Company shall have until the 27th day of September, 2010 to file Defendant's reply to Plaintiff's Response to Defendant Union Pacific Railroad Company's Motion to Dismiss and, in the Alternative, Motion to Transfer Venue and, in the Alternative, Motion to Stay Action (Docket No. 26).

SIGNED on September 10, 2010 at Brownsville, Texas.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE