IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:10CV444 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

Before the court is a Notice of Related Case filed on behalf of the plaintiff United States of America indicating that this case is related to six federal court cases filed in the District of Arizona, Southern District of California, and this district. The court notes that the Nebraska federal court case 8:08CV336 *Union Pacific Railroad Company v. U.S. Department of Homeland Security* has been consolidated with 8:10CV430 *United States of America v. Union Pacific Railroad Company*. The court finds this case, 8:10CV444, is related to consolidated cases 8:10CV430 and 8:08CV336. Further, the court refers the matter of whether this case should be consolidated with 8:10CV430 and 8:08CV336 to Magistrate Judge Thomas Thalken.

SO ORDERED.

DATED this 30th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge