# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CV444 |
| vs. | ) | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the court on the court's November 30, 2010, Order finding the above captioned case is related to two other cases involving the same parties and proceeding in this court.  **See** Filing No. 42.  Additionally, the consolidated cases appear to be related to and arise from similar law and facts as the above-captioned case.  As such these three cases may be consolidated for all purposes.  Despite the notice of related cases and the court's November 30, 2010, Order, in the above-captioned case, the parties shall have an opportunity to object to consolidation of ***United States of America v. Union Pacific Railroad Company***, 8:10CV444 with ***Union Pacific Railroad Company v. United States Department of Homeland Security, et al.,*** 8:08CV336 and ***United States of America v. Union Pacific Railroad Company,*** 8:10CV430.  Accordingly,

**IT IS ORDERED:**

Any party shall have to **on or before December 10, 2010**, to show cause why ***United States of America v. Union Pacific Railroad Company***, 8:10CV444 should not be consolidated with ***Union Pacific Railroad Company v. United States Department of Homeland Security, et al.,*** 8:08CV336 and ***United States of America v. Union Pacific Railroad Company,*** 8:10CV430 for all purposes.

DATED this 2nd day of December, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge